```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

TONY NENNINGER                                              PLAINTIFF

v. Civil No. 07-3028

UNITED STATES FOREST
SERVICE, ET AL.                                            DEFENDANTS

## ORDER

NOW on this 5th day of February 2008, comes on for consideration Plaintiff's **Motion to Supplement First Amended Complaint** (document #26) and **Motion for Extension of Time to Respond to Defendants' Motion to Dismiss** (document #32).  The Court, being well and sufficiently advised that Defendants have no objection thereto, finds and orders as follows:

1.  Plaintiff's **Motion to Supplement First Amended Complaint** (document #26) should be, and it hereby is, **GRANTED**.  Plaintiff is directed to file and serve his amended complaint within **fifteen (15) days** of the date of this Order.

2.  Plaintiff's **Motion for Extension of Time** (document #32) should be, and it hereby is, **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff's motion is granted insofar as Plaintiff shall have **ten (10) days** from the date of this Order to file his response to Defendants' motion to dismiss.  Plaintiff's motion is denied insofar as the deadlines for initial disclosures, scheduling conferences, and the scheduling order shall not be extended.

**Plaintiff is advised that failure to file his response by the stated deadline may result in the dismissal of this action.**

    **IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**