**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**TONY NENNINGER**                                                              **PLAINTIFF**

      **v.**                    **Civil No. 07-3028**

**UNITED STATES FOREST**
**SERVICE, ET AL.**                                                             **DEFENDANTS**

### J U D G M E N T

Now on this 11th day of July, 2008, the Court enters judgment in this matter in accordance with its Order dated July 3, 2008, and this matter is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**